IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUFEMIO JIMENEZ NUNEZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:21-cv-0995-JDW |
| | : | |
| **KEVIN PISTRO,** *et al,* | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 13th day of July, 2021, upon review of Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff's Motion to Intervene (ECF No. 13) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**